NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CORNING INCORPORATED,**
*Appellant,*

v.

**DSM IP ASSETS B.V.,**

*Appellee.*
_____

2015-1152
_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00043.

-------------------------------------------------

**CORNING INCORPORATED,**
*Appellant,*

v.

**DSM IP ASSETS B.V.,**

*Appellee.*
_____

2015-1162
_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00044.

## ON MOTION

## O R D E R

Appellant Corning Incorporated moves unopposed for companion-case treatment of these two appeals and for an extension of time for filing its opening briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Appeals 2015-1152 and -1162 shall be considered companions and assigned to the same merits panel. The appellant's opening briefs, each not to exceed 14,000 words, shall be due no later than February 3, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31